**FILED**
NOV 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

SECURITIES AND EXCHANGE COMMISSION, )
801 Brickell Avenue, Suite 1800 )
Miami, Florida 33131 )
)
                   Plaintiff, )   Case: 1:07-mc-00495
)   Assigned To : Kennedy, Henry H.
        v. )   Assign. Date : 11/16/2007
)   Description: Miscellaneous
ANNE P. HOVIS )
)
)
                  Defendant. )
)

---

## APPLICATION FOR COURT ORDER DIRECTING COMPLIANCE WITH AN ORDER ISSUED BY THE SECURITIES AND EXCHANGE COMMISSION

Plaintiff Securities and Exchange Commission files this Application for an Order of Court Directing Compliance with an Order Issued by the Securities and Exchange Commission, and alleges as follows:

1.    The Commission brings this action for an Order compelling Defendant Anne P. Hovis to comply with the civil money penalty provision of an order imposing remedial sanctions issued by the Commission in <u>In the Matter of Phlo Corporation, James B. Hovis and Anne P. Hovis</u>, A.P. File No. 3-11909, Securities Exchange Act of 1934 Release No. 55562 (March 30, 2007) (the "Commission Order").[1] Despite having been served with the Commission Order and a separate demand that she pay the $100,000 civil money penalty the Order directs her to pay, Hovis has failed to abide by the Commission Order and make the required payment.

---

[1] The Commission attaches a copy of the Commission Order as Exhibit 1 to this Application.



RECEIVED
NOV 1 6 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1

## JURISDICTION AND VENUE

2.   The Commission brings this action pursuant to Section 21(e) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. § 78u(e)] for an order of this Court commanding Hovis to comply with the Commission Order and granting other equitable relief.

3.   This Court has jurisdiction over this action pursuant to Section 27 of the Exchange Act [15 U.S.C. § 78aa].

4.   Venue is proper in the District of Columbia and the Court has personal jurisdiction, because Hovis resides in the District of Columbia. Additionally, from June 2002 through at least October 2005, a time period encompassed by the Commission's Order, Hovis was Executive Vice President, General Counsel, Secretary, a director, and the principal in charge of transfer agent activities for Phlo Corporation, a beverage manufacturer, issuer of publicly traded securities, and former transfer agent that maintained offices in Washington, D.C. during this same time. Phlo served as a transfer agent from approximately June 2002 through January 2007.

5.   Hovis is still the Executive Vice President, General Counsel, Secretary, and a director of Phlo.

6.   Phlo makes securities filings with the Commission in the District of Columbia, and the Commission Order issued in the District of Columbia, where the underlying administrative proceedings before the Commission occurred.

## FACTS

7.   On April 21, 2005, the Commission instituted public administrative and cease-and-desist proceedings against Anne Hovis in connection with her aiding, abetting, and causing

2

Phlo's failure to comply with certain of the Commission's transfer agent rules. The Commission Order resulted in part from Hovis' appeal of an Administrative Law Judge's decision, after a three-day hearing, that found Hovis had aided, abetted, and caused Phlo's transfer agent violations. The initial decision imposed a $50,000 penalty on Hovis.

8. The Commission, upon reviewing Hovis' conduct in considering her appeal, directed her to pay a $100,000 penalty in the Commission Order.

9. The Office of the Secretary of the Commission served the Commission Order on Anne Hovis by certified mail on or about March 30, 2007.

10. Hovis has failed to pay the civil money penalty required under the Commission Order. On July 23, 2007, the Commission sent a demand letter to Anne Hovis for the penalty amount due under the Commission Order. To date, Anne Hovis has not paid any part of the penalty.

11. Although the Commission served Hovis with both the Commission Order and a demand letter, Hovis has not complied with the civil money penalty provision of the Commission Order.

### PRAYER FOR RELIEF

WHEREFORE, the Commission respectfully requests that the Court:

a. Issue an Order pursuant to Section 21(e) of the Exchange Act [15 U.S.C. § 78u(e)] directing Anne Hovis to pay $100,000 in civil penalty, plus post-judgment interest from March 30, 2007 until she satisfies the terms of the Commission Order; and

  b.  Grant such other equitable relief as the Court deems necessary or appropriate.

November 15, 2007

Respectfully submitted,

*/s/ Scott A. Masel*

Scott A. Masel
Senior Trial Counsel
Fla. Bar No. 0007110
Direct Dial No. (305) 982-6398
E-mail: masels@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue
Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

UNITED STATES OF AMERICA
before the
SECURITIES AND EXCHANGE COMMISSION

SECURITIES EXCHANGE ACT OF 1934
Rel. No. 55562 / March 30, 2007

Admin. Proc. File No. 3-11909

In the Matter of
PHLO CORPORATION,
JAMES B. HOVIS, and ANNE P. HOVIS

ORDER IMPOSING REMEDIAL SANCTIONS

On the basis of the Commission's opinion issued this day it is

ORDERED that the registration of Phlo Corporation as a transfer agent be, and it hereby is, revoked; and it is further

ORDERED that Anne P. Hovis be, and she hereby is, barred from associating with any registered transfer agent; and it is further

ORDERED that Phlo Corporation cease and desist from committing or being a cause of any violations or future violations of Sections 13(a), 17A(d)(1), and 17(b)(1) of the Securities Exchange Act of 1934 and Rules 13a-1, 13a-13, and 17Ad-2 thereunder; and it is further

ORDERED that James B. Hovis cease and desist from being a cause of any violations or future violations of Section 13(a) of the Securities Exchange Act of 1934 and Rules 13a-1, 13a-13 thereunder; and it is further

07 MS 495

FILED

NOV 16 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



EXHIBIT A

2

ORDERED that Anne P. Hovis cease and desist from committing or being a cause of any violations or future violations of Sections 17A(d)(1) and 17(b)(1) of the Securities Exchange Act of 1934 and Rule 17Ad-2 thereunder; and it is further

ORDERED that Anne P. Hovis pay civil money penalties of $100,000.

Payment of the civil money penalties shall be: (i) made by United States postal money order, certified check, bank cashier's check, or bank money order; (ii) made payable to the Securities and Exchange Commission; (iii) mailed or delivered by hand to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Alexandria, VA 22312; and (iv) submitted under cover letter that identifies the respondent and the file number of this proceeding.

A copy of the cover letter and check shall be sent to Scott A. Masel, Division of Enforcement, Southeast Regional Office, Securities and Exchange Commission, 801 Brickell Ave., Suite 1800, Miami, FL 33131.

By the Commission.

Nancy M. Morris
Secretary

*Jill M. Peterson*
By: Jill M. Peterson
Assistant Secretary

TOTAL P.32