UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>801 Brickell Avenue, Suite 1800<br>Miami, Florida 33131<br><br>                              **Plaintiff,**<br><br>          v.<br><br>ANNE P. HOVIS<br><br>                              **Defendant.** | )<br>)<br>)<br>)<br>)<br>)   Case No. 1:07-mc-00495-HHK<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S NOTICE OF FILING PROPOSED ORDER**

Plaintiff Securities and Exchange Commission files the attached proposed Order to Show Cause in conjunction with its Application for Court Order Directing Compliance with an Order Issued by the Securities and Exchange Commission [D.E. 1] filed on November 16, 2007.

November 27, 2007                              Respectfully submitted,


                                                          _____
                                                          Scott A. Masel
                                                          Senior Trial Counsel
                                                          Fla. Bar No. 0007110
                                                          Direct Dial No. (305) 982-6398
                                                          E-mail:  masels@sec.gov

                                                          Attorney for Plaintiff
                                                          **SECURITIES AND EXCHANGE**
                                                          **COMMISSION**
                                                          801 Brickell Avenue
                                                          Suite 1800
                                                          Miami, Florida  33131
                                                          Telephone:     (305) 982-6300
                                                          Facsimile:      (305) 536-4154

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) Civil Action No.  1:07-mc-00495 |
| v. | ) <br> ) |
| **ANNE P. HOVIS** | ) <br> ) |
| **Defendant.** | ) <br> ) |

## ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court on Plaintiff Securities and Exchange Commission's Application for an Order of Court Directing Compliance with An Order Issued by the Securities and Exchange Commission [D.E. 1] (the "Application").  The Commission asks for an Order directing Defendant Anne P. Hovis to pay $100,000 in a civil penalty, plus post-judgment interest.  It is

**ORDERED AND ADJUDGED** that

1. Defendant Anne P. Hovis **MUST SHOW CAUSE** why the Commission's request for an Order should not be granted.

2. The Commission shall serve a copy of this Order and its Application upon Hovis within 30 days of this Order.

3. Upon receiving this Order, Hovis shall have 20 days to respond.

4. Within ten days after the Commission has served Hovis with this Order, the parties shall confer and submit a joint recommendation of a date for a show cause

hearing concerning whether the Court should grant the Commission's requested Order.

**DONE AND ORDERED** in Chambers in Washington, D.C., this _____ day of November, 2007.

_____
**HENRY H. KENNEDY**
**UNITED STATES DISTRICT JUDGE**

cc:   Scott A. Masel
      Senior Trial Counsel
      Securities and Exchange Commission
      801 Brickell Avenue, Suite 1800
      Miami, Florida 33131