UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 2 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

SECURITIES AND EXCHANGE COMMISSION, )
)
)
Plaintiff, )
) Civil Action No. 1:07-mc-00495
v. )
)
ANNE P. HOVIS )
)
Defendant. )
)

### ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court on Plaintiff Securities and Exchange Commission's Application for an Order of Court Directing Compliance with An Order Issued by the Securities and Exchange Commission [D.E. 1] (the "Application"). The Commission asks for an Order directing Defendant Anne P. Hovis to pay $100,000 in a civil penalty, plus post-judgment interest. It is

**ORDERED AND ADJUDGED** that

1. Defendant Anne P. Hovis **MUST SHOW CAUSE** why the Commission's request for an Order should not be granted.

2. The Commission shall serve a copy of this Order and its Application upon Hovis within 30 days of this Order.

3. Upon receiving this Order, Hovis shall have 20 days to respond.

4. Within ten days after the Commission has served Hovis with this Order, the parties shall confer and submit a joint recommendation of a date for a show cause

hearing concerning whether the Court should grant the Commission's requested Order.

**DONE AND ORDERED** in Chambers in Washington, D.C., this 28th day of November, 2007.

/s/ Henry Kennedy, Jr.
HENRY H. KENNEDY
UNITED STATES DISTRICT JUDGE

cc:   Scott A. Masel
      Senior Trial Counsel
      Securities and Exchange Commission
      801 Brickell Avenue, Suite 1800
      Miami, Florida 33131