# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** ) <br> **801 Brickell Avenue, Suite 1800** ) <br> **Miami, Florida 33131** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **ANNE P. HOVIS** ) <br> ) <br> **Defendant.** ) <br> ) | **Case No. 1:07-mc-00495-HHK** |

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH NOVEMBER 28, 2007 ORDER TO SHOW CAUSE

Plaintiff Securities and Exchange Commission hereby files the attached affidavit of service demonstrating that on December 27, 2007 its process server served Defendant Anne P. Hovis as required by this Court's November 28, 2007 Order to Show Cause [D.E. 3].

December 27, 2007                    Respectfully submitted,


  s/Scott Masel
Scott A. Masel
Senior Trial Counsel
Fla. Bar No. 0007110
Direct Dial No. (305) 982-6398
E-mail:  masels@sec.gov

Attorney for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue
Suite 1800
Miami, Florida  33131
Telephone:     (305) 982-6300
Facsimile:     (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 27, 2007 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Scott A. Masel
Scott A. Masel

## SERVICE LIST

Securities and Exchange Commission v. Anne P. Hovis
Case No. 1:07-mc-00495-HHK
United States District Court, District of Columbia

Ms. Anne P. Hovis, *pro se*
3401 38th Avenue
Unit 808
Washington, D.C.  20007
*Service by U.S. Mail*

s/ Scott A. Masel
Scott A. Masel, Esq.

2

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Securities and Exchange Commission

vs.

Anne P. Hovis

No. 1:07-MC-00495

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, SCOTT KUCIK, having been duly authorized to make service of the Order to Show Cause; Application for Court Order Directing Compliance with an Order Issued by the Securities and Exchange Commission; and Exhibit A in the above entitled case, hereby depose and say:

That my date of birth / age is 04-15-1966.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 10:22 am on December 27, 2007, I served Anne P. Hovis at 3401 38th Avenue, NW, Unit 808, Washington, DC 20007 by serving Anne P. Hovis, personally. Described herein:

```
 SEX-    FEMALE
 AGE-    44
HEIGHT-  5'6"
 HAIR-   BROWN
WEIGHT-  150
 RACE-   WHITE
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  /2-27-07
                Date

SCOTT  KUCIK
1827 18th Street, NW
Washington, DC 20009
Our File#- 199192