UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>)<br>Plaintiff, )<br>) Civil Action No. 1:07-mc-00495 GK<br>v. )<br>)<br>)<br>ANNE P. HOVIS )<br>)<br>Defendant. )<br>) | |

## MOTION FOR ORDER EXTENDING TIME
## TO RESPOND TO ORDER TO SHOW CAUSE

Defendant Anne P. Hovis files this motion for Order Extending Time to Respond to Order to Show Cause issued on November 28, 2007 until March 1, 2008 (which she believes is one week after the date specified in the Order). Defendant further moves that the parties have until January 18, 2008 to confer and submit a joint recommendation of a date for a show cause.

As grounds therefor, Hovis states that she has recently made payment to the Securities and Exchange Commission of $50,000 in partial payment of the $100,000 civil penalty imposed by the SEC and intends to make the remaining payment within the next 14 days, thus obviating the necessity for an Order to Show Cause. A true and correct copy of the cashier's check dated January 9, 2008 in the amount of $50,000 along with a file stamped copy of the letter from Defendant Hovis to Plaintiff SEC which accompanied that payment is attached hereto.

RECEIVED
JAN 1 1 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Further, Hovis denies that service has ever occurred in this matter. However, rather than challenging service, Hovis has conferred with opposing counsel Scott A. Masel, who has advised that he does not oppose this motion to extend the deadlines contained in the Order.

Defendant Hovis reserves all of her rights in this matter.

January 11, 2008

Respectfully submitted,

_Anne P. Hovis_
Anne P. Hovis, pro se
c/o Phlo Corporation
6001-21 Argyle Forest Blvd.
PMB # 117
Jacksonville, Florida 32244-5705
Telephone: 410-952-0008

**ANNE P. HOVIS**
**C/O PHLO CORPORATION**
**6001-21 ARGYLE FOREST BLVD.**
**PMB #117**
**JACKSONVILLE, FLORIDA 32244-5705**

January 9, 2008

**VIA HAND DELIVERY**
Office of Financial Management
Securities and Exchange Commission
Operations Center
6432 General Green Way
Alexandria, VA  22312

      RE:    Securities and Exchange Commission v. Anne P. Hovis
              <u>Civil Action No. 1:07-mc-00495</u>

To Whom It May Concern:

      Please find included herewith a check in the amount of $50,000 in partial payment of the civil penalty imposed in the above-referenced action.

                                        Very truly yours,

                                        Anne P. Hovis
                                        Executive Vice President

cc:    Scott A. Masel w/ encl. (copy of check)

**CHEVY CHASE BANK**
7501 WISCONSIN AVENUE
BETHESDA, MARYLAND 20814

CHEVY CHASE BANK
BETHESDA, MARYLAND

434 06A

No. 200435722    65-7198/2550

TouchSafe®    **CASHIER'S CHECK**

JANUARY 9, 2008

Pay    Dollars $    **50,000.00**

**FIFTY THOUSAND AND 00/100**

To The Order Of:    **SECURITIES AND EXCHANGE COMMISSION**

R.E. Anne P. Hovis
Cw. Act No 1:07-mc-00495

AUTHORIZED SIGNATURE
Void After 90 Days

⑈ 200435722⑈ ⑆ 255071981⑆ 251000508⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE CHEVY CHASE BANK WATERMARK ON THE BACK. HOLD AT AN ANGLE TO VIEW.

## **CERTIFICATE OF SERVICE**

The undersigned, being over 18 years of age, states that the foregoing Motion was served on opposing counsel Scott A. Masel on January 11, 2008, by facsimile at 703-813-6925 and by U.S. mail to him at the Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

_____
Anne P. Hovis