## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

SECURITIES AND EXCHANGE COMMISSION,    )
801 Brickell Avenue, Suite 1800          )
Miami, Florida 33131                 )
                               )
                 **Plaintiff,**   )
                               )   **Case No. 1:07-mc-00495-HHK**
          **v.**              )
                               )
ANNE P. HOVIS                   )
                               )
                 **Defendant.**   )
_____)

### PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S OBJECTION IN PART TO DEFENDANT'S MOTION FOR ORDER EXTENDING TIME TO RESPOND TO ORDER TO SHOW CAUSE

Plaintiff Securities and Exchange Commission objects in part to Defendant Anne P. Hovis' January 11, 2008 Motion for Order Extending Time to Respond to Order to Show Cause [D.E. 4](the "Motion"), because it does not accurately represent the Commission's position on Ms. Hovis' requested extension of time to respond to the Court's November 28, 2007 Order to Show Cause [D.E. 3] ("the Order"). The Commission opposes any extension of the deadline for Ms. Hovis to respond to the Order beyond January 23, 2008.

The Order gives the parties ten days after service of the Order upon Ms. Hovis to confer and submit a joint proposed dated for a Show Cause Hearing, and gives Ms. Hovis twenty days after service in which to respond to the Order. The Commission served Ms. Hovis on December 27, 2007. See the Commission's Notice of Filing Affidavit of Service of Show Cause Order and Application for Show Cause Order with Exhibit A on Defendant Anne P. Hovis [D.E. 4]. Under the Federal Rules of Civil Procedure, the Commission therefore calculates the parties had until

January 11 to confer and submit a proposed hearing date, while Ms. Hovis has until January 16, 2008 to respond to the Order.

In a January 10, 2008 telephone conversation with the undersigned counsel for the Commission, Ms. Hovis stated she was not prepared to discuss a proposed hearing date, and she thought she soon would pay the entire past-due civil penalty.  She also claimed, contrary to the affidavit from the Commission's process server, that she had not been served.[1]  The undersigned counsel replied Ms. Hovis had given him no reason to doubt service upon her, and in light of the deadlines in the Court's Order and the fact he had not seen anything indicating Ms. Hovis had paid the penalty amount at issue, he felt they should abide by the Court's deadlines.  The undersigned counsel did, however, tell Ms. Hovis she could represent to the Court the Commission did not oppose a one week extension of both the time for her to confer with the Commission regarding a hearing date and for her to respond to the Order.  This would mean Ms. Hovis could make an unopposed motion for an extension of time through January 18 to confer regarding the hearing date, and through January 23 to respond to the Order.  The Commission does not object to such extensions of time.

However, Ms. Hovis' statement in the Motion that an extension of her response time through March 1, 2008 is a one-week extension of the deadline set by the Order, and something not opposed by the Commission, is incorrect.  The Commission objects to any extension beyond a week, and Ms. Hovis has greatly miscalculated her response time under the Order.[2]  The Order does not raise complex issues, and the Court's deadlines already provide ample time to address the Order.

---

[1] Ms. Hovis admitted she uses the condominium where the Commission served her, but told undersigned counsel she had been out of the District of Columbia on December 27.  When the undersigned counsel asked whom the process server had served who happened to match her description, and whether anyone else was at that residence, Ms. Hovis declined to answer.

[2] An extension to March 1 actually would be a 44 day extension of the time the Order set.

WHEREFORE, for the reasons stated above, the Commission respectfully objects to any extension of the Defendant's time to respond to the Order beyond January 23, 2008, and urges the Court to deny the Defendant's Motion to the extent it seeks otherwise.

Dated:  January 14, 2008                    Respectfully submitted,


                                             s/Scott Masel_____
                                            Scott A. Masel
                                            Senior Trial Counsel
                                            Fla. Bar No. 0007110
                                            Direct Dial No. (305) 982-6398
                                            E-mail:  masels@sec.gov

                                            Attorney for Plaintiff
                                            **SECURITIES AND EXCHANGE
                                            COMMISSION**
                                            801 Brickell Avenue
                                            Suite 1800
                                            Miami, Florida  33131
                                            Telephone:    (305) 982-6300
                                            Facsimile:     (305) 536-4154

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 14, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner as indicated for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                            s/ Scott A. Masel_____
                                            Scott A. Masel

**<u>SERVICE LIST</u>**

Securities and Exchange Commission v. Anne P. Hovis
Case No. 1:07-mc-00495-HHK
United States District Court, District of Columbia

Ms. Anne P. Hovis, *pro se*
3401 38th Avenue
Unit 808
Washington, D.C.  20007

and

c/o Phlo Corporation
6001-21 Argyle Forest Blvd.
PMB # 117
Jacksonville, FL  32244-5705

*Service by U.S. Mail and telecopier: (240) 465-2458*

 s/ Scott A. Masel
Scott A. Masel, Esq.