UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>801 Brickell Avenue, Suite 1800 )<br>Miami, Florida 33131 )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANNE P. HOVIS )<br>)<br>Defendant. )<br>) | Case No. 1:07-mc-00495-HHK |

## NOTICE OF SUBMITTING PROPOSED HEARING DATE

Plaintiff Securities and Exchange Commission, after conferring with Defendant Anne P. Hovis and with her consent, hereby notifies the Court that pursuant to the Court's November 28, 2007 Order to Show Cause [D.E. 3] [the "Show Cause Order"), the parties have conferred and agreed upon a suggested date for the hearing on the Show Cause Order.  The parties propose a hearing on March 4, 5, or 6, 2008.  The parties believe the hearing should require no more than thirty minutes of the Court's time.

Dated:  January 18, 2008            Respectfully submitted,


                                      s/Scott Masel
                                    Scott A. Masel
                                    Senior Trial Counsel
                                    Fla. Bar No. 0007110
                                    Direct Dial No. (305) 982-6398
                                    E-mail:  masels@sec.gov

                                    Attorney for Plaintiff
                                    **SECURITIES AND EXCHANGE COMMISSION**
                                    801 Brickell Avenue
                                    Suite 1800

          Miami, Florida  33131
          Telephone: (305) 982-6300
          Facsimile: (305) 536-4154

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 18, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner as indicated for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

          s/ Scott A. Masel
          Scott A. Masel

## **SERVICE LIST**

    Securities and Exchange Commission v. Anne P. Hovis
       Case No. 1:07-mc-00495-HHK
    United States District Court, District of Columbia

Ms. Anne P. Hovis, *pro se*
3401 38th Avenue
Unit 808
Washington, D.C.  20007

and

c/o Phlo Corporation
6001-21 Argyle Forest Blvd.
PMB # 117
Jacksonville, FL  32244-5705

*Service by U.S. Mail and telecopier: (240) 465-2458*

          s/ Scott A. Masel
          Scott A. Masel, Esq.