UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>ANNE P. HOVIS )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-mc-00495 -HHK |

## ANSWER TO MOTION FOR ORDER TO SHOW CAUSE

Defendant Anne P. Hovis files this Answer for Order to Show Cause.

1.  Hovis denies that no part of the $100,000 civil penalty has been filed, as Hovis paid $50,000 to the Securities and Exchange Commission in partial payment of such civil penalty on January 9, 2008.

2.  Hovis intends to pay the balance of the civil penalty on or before February 29, 2008.

3.  Hovis's non-payment of the civil fine was based on her financial inability to pay.

February 4, 2008

                                            Respectfully submitted,

                                            _/s/ Anne P. Hovis_
                                            Anne P. Hovis, pro se
                                            c/o Phlo Corporation
                                            6001-21 Argyle Forest Blvd.
                                            PMB # 117
                                            Jacksonville, Florida 32244-5705
                                            Telephone: 410-952-0008

## CERTIFICATE OF SERVICE

The undersigned, being over 18 years of age, states that the foregoing Answer was served on opposing counsel Scott A. Masel on February 4, 2008, by facsimile at 703-813-6925 and by U.S. mail to him at the Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

_____
Anne P. Hovis