## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) ) ) ) Plaintiff, ) ) v. ) ) ) ANNE P. HOVIS ) ) Defendant. ) ) | Civil Action No. 1:07-mc-00495 -HHK |

## MOTION FOR ORDER EXTENDING TIME
## TO RESPOND TO ORDER TO SHOW CAUSE

Defendant Anne P. Hovis, appearing *pro se*, files this motion for Order Extending Time to Respond to Order to Show Cause issued on November 28, 2007 until February 4, 2008. Counsel for the Securities and Exchange Commission has advised that the SEC is agreeable to such extension of time.

As a *pro* se litigant, Hovis did not believe that she was obligated to file a reply or risk a default judgment. Rather, Hovis believed that the right to reply was simply an opportunity to contest the basis for the SEC's civil penalty. However, despite her prior appearance in this matter, counsel for the SEC has indicated that he will move for a default judgment in the event that Hovis does not file an answer. Without conceding the propriety of the SEC's legal position, Hovis is filing an answer simultaneously herewith.

As Hovis has advised the SEC, the reason she has not paid the entire civil penalty is that she has not been financially able to do so. On January 9, 2008, Hovis paid the SEC $50,000 in partial payment of the $100,000 civil penalty imposed by the SEC. A true and correct copy of the check in the amount of $50,000 along with cover letter to the SEC was previously filed with the Court. Hovis believes she will have the financial ability and intends to make the remaining payment prior to the hearing in this matter, obviating the need for the hearing. However, in the event that a hearing is held, Hovis intends to appear at the hearing to defend herself in this matter.

Defendant Hovis reserves all of her rights in this matter.

February 4, 2008

Respectfully submitted,

Anne P. Hovis, pro se
c/o Phlo Corporation
6001-21 Argyle Forest Blvd.
PMB # 117
Jacksonville, Florida 32244-5705
Telephone: 410-952-0008

## CERTIFICATE OF SERVICE

The undersigned, being over 18 years of age, states that the foregoing Motion was served on

opposing counsel Scott A. Masel on February 4, 2008, by facsimile at 703-813-6925 and by

U.S. mail to him at the Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800,

Miami, Florida 33131.


Anne P. Hovis

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) Civil Action No. 1:07-mc-00495 -HHK |
| **v.** | ) |
| | ) |
| | ) |
| **ANNE P. HOVIS** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## ANSWER TO MOTION FOR ORDER TO SHOW CAUSE

Defendant Anne P. Hovis files this Answer for Order to Show Cause.

1.     Hovis denies that no part of the $100,000 civil penalty has been filed, as Hovis paid $50,000 to the Securities and Exchange Commission in partial payment of such civil penalty on January 9, 2008.

2.     Hovis intends to pay the balance of the civil penalty on or before February 29, 2008.

3.     Hovis's non-payment of the civil fine was based on her financial inability to pay.

February 4, 2008

Respectfully submitted,

Anne P. Hovis, pro se
c/o Phlo Corporation
6001-21 Argyle Forest Blvd.
PMB # 117
Jacksonville, Florida 32244-5705
Telephone: 410-952-0008

## CERTIFICATE OF SERVICE

The undersigned, being over 18 years of age, states that the foregoing Answer was served on

opposing counsel Scott A. Masel on February 4, 2008, by facsimile at 703-813-6925 and by

U.S. mail to him at the Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800,

Miami, Florida 33131.


Anne P. Hovis