UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>ANNE P. HOVIS )<br>)<br>Defendant. )<br>) | Civil Action No. 1:07-mc-00495 |

MOTION TO DISMISS
ORDER TO SHOW CAUSE

Defendant Anne P. Hovis, appearing *pro se*, files this motion to dismiss the Order to Show Cause issued on November 28, 2007 (the "Order") and cancel the hearing scheduled for Wednesday, March 5, 2008. Counsel for the Securities and Exchange Commission has advised that the SEC does not object to this motion.

The Order was issued based on the SEC's Application for Court Order Directing Compliance with an Order Issued by the Securities and Exchange Commission alleging that Mrs. Hovis had not paid any part of a $100,000 civil penalty imposed by order of the SEC.

As grounds for the dismissal, Mrs. Hovis states that the civil penalty has been paid in full.

A first payment of $50,000 was made on January 9, 2008, by cashier's check. A true and correct copy of the cashier's check dated January 9, 2008 in the amount of $50,000 along

with a file-stamped copy of the letter from Mrs. Hovis to Plaintiff SEC which accompanied that payment is attached hereto. A second payment of $50,000 was made on February 27, 2008 by cashier's check. A true and correct copy of the cashier's check dated February 27, 2008 in the amount of $50,000 along with a file-stamped copy of the letter from Mrs. Hovis to the SEC which accompanied that payment is attached hereto.

Further, Mrs. Hovis states that she was not financially able to pay the civil penalty prior to the filing of the SEC's Application. In its Opinion dated March 30, 2007 (the "Opinion"), the SEC notes Mrs. Hovis' testimony that she had not received any salary in the fiscal years ended March 31, 2004 and March 31, 2005. Mrs. Hovis states that she also has not received any salary during the fiscal years ended March 31, 2006 and 2007 and has received no salary to date during the fiscal year ending March 31, 2008. The Forms 10-KSB filed by Phlo Corporation for the fiscal years ended March 31, 2004-2007 confirm these statements.

With respect to the SEC's request in its Application for the payment of interest, neither the Order issued by the SEC imposing the $100,000 civil penalty (a copy of which is attached hereto) nor the Opinion issued by the Commission require the payment of interest.[1]

---

[1] By way of background, prior to any Administrative Proceeding in the underlying matter, the SEC Staff reached an agreement in principal with the respondents to settle the matter. In connection with such settlement negotiations, and as a result of a requirement imposed by the SEC, **Mrs. Hovis placed $10,000 in escrow for the benefit of the SEC. These funds have not been returned to Mrs. Hovis and, as far as she is aware, remain in escrow. Indeed, pursuant to the escrow agreement, the funds can be released only by the actions of the SEC, but not by any actions of Mrs. Hovis. Additionally, according to the calculations of Mr. Masel, such amount is more than sufficient to cover any interest, in the event that an obligation to pay such interest exists.**

  Therefore, Mrs. Hovis respectfully requests that the Order be dismissed.

February 27, 2008

                Respectfully submitted,

                */s/ Anne P. Hovis*
                Anne P. Hovis, pro se
                c/o Phlo Corporation
                6001-21 Argyle Forest Blvd.
                PMB # 117
                Jacksonville, Florida 32244-5705
                Telephone: 410-952-0008

```
RECEIVED                                              RECEIVED
  SEC MAIL              ANNE P. HOVIS                   SEC MAIL
PROCESSING SECTION  C/O PHLO CORPORATION             PROCESSING SECTION
2018 DEC -9 AM 10:59  6001-21 ARGYLE FOREST BLVD.    2007 DEC -0  AM 11:54
                            PMB #117
     313 OPC VA.   JACKSONVILLE, FLORIDA 32244-5705     313 OPC VA.
```

January 9, 2008

**VIA HAND DELIVERY**
Office of Financial Management
Securities and Exchange Commission
Operations Center
6432 General Green Way
Alexandria, VA 22312

    RE:    Securities and Exchange Commission v. Anne P. Hovis
              Civil Action No. 1:07-mc-00495

To Whom It May Concern:

    Please find included herewith a check in the amount of $50,000 in partial payment of the civil penalty imposed in the above-referenced action.

                                        Very truly yours,

                                        Anne P. Hovis
                                        Executive Vice President

cc:    Scott A. Masel w/ encl. (copy of check)



**ANNE P. HOVIS**
**C/O PHLO CORPORATION**
**6001-21 ARGYLE FOREST BLVD.**
**PMB #117**
**JACKSONVILLE, FLORIDA 32244-5705**

February 27, 2008

**VIA HAND DELIVERY**
Office of Financial Management
Securities and Exchange Commission
Operations Center
6432 General Green Way
Alexandria, VA  22312

      RE:    Securities and Exchange Commission v. Anne P. Hovis
                Civil Action No. 1:07-mc-00495

To Whom It May Concern:

Please find included herewith a check in the amount of $50,000 in full payment of the balance due of the civil penalty imposed in the above-referenced action.

                                  Very truly yours,

                                  Anne P. Hovis
                                Executive Vice President

cc:    Scott A. Masel w/ encl. (copy of check)



Case 1:07-mc-00495-HHK   Document 10   Filed 03/03/2008   Page 8 of 10
MAR-30-2007 15:05 Case 1:05-mc-00495-HHK   Document 1   Filed 11/16/2007   Page 5 of 6
OFFICE OF SECRETARY                                    2027729324    P.31/32

UNITED STATES OF AMERICA
before the
SECURITIES AND EXCHANGE COMMISSION

SECURITIES EXCHANGE ACT OF 1934
Rel. No. 55562 / March 30, 2007

Admin. Proc. File No. 3-11909

In the Matter of
PHLO CORPORATION,
JAMES B. HOVIS, and ANNE P. HOVIS

ORDER IMPOSING REMEDIAL SANCTIONS

On the basis of the Commission's opinion issued this day it is

ORDERED that the registration of Phlo Corporation as a transfer agent be, and it hereby is, revoked; and it is further

ORDERED that Anne P. Hovis be, and she hereby is, barred from associating with any registered transfer agent; and it is further

ORDERED that Phlo Corporation cease and desist from committing or being a cause of any violations or future violations of Sections 13(a), 17A(d)(1), and 17(b)(1) of the Securities Exchange Act of 1934 and Rules 13a-1, 13a-13, and 17Ad-2 thereunder; and it is further

ORDERED that James B. Hovis cease and desist from being a cause of any violations or future violations of Section 13(a) of the Securities Exchange Act of 1934 and Rules 13a-1, 13a-13 thereunder; and it is further

07MS495

**FILED**

NOV 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



Case 1:07-mc-00495-HHK   Document 10   Filed 03/03/2008   Page 9 of 10
MAR-30-2007 15:25   Case 1:07-mc-00495-HHK   Document 1   Filed 11/16/2007   Page 6 of 6
OFFICE OF SECRETARY   2027729324   P.32/32

2

ORDERED that Anne P. Hovis cease and desist from committing or being a cause of any violations or future violations of Sections 17A(d)(1) and 17(b)(1) of the Securities Exchange Act of 1934 and Rule 17Ad-2 thereunder; and it is further

ORDERED that Anne P. Hovis pay civil money penalties of $100,000.

Payment of the civil money penalties shall be: (i) made by United States postal money order, certified check, bank cashier's check, or bank money order; (ii) made payable to the Securities and Exchange Commission; (iii) mailed or delivered by hand to the Office of Financial Management, Securities and Exchange Commission, Operations Center, 6432 General Green Way, Alexandria, VA 22312; and (iv) submitted under cover letter that identifies the respondent and the file number of this proceeding.

A copy of the cover letter and check shall be sent to Scott A. Masel, Division of Enforcement, Southeast Regional Office, Securities and Exchange Commission, 801 Brickell Ave., Suite 1800, Miami, FL 33131.

By the Commission.

Nancy M. Morris
Secretary

By: Jill M. Peterson
Assistant Secretary

**CERTIFICATE OF SERVICE**

The undersigned, being over 18 years of age, states that the foregoing Motion was served on opposing counsel Scott A. Masel on February 27, 2008, by facsimile at 703-813-6925 and by U.S. mail to him at the Securities and Exchange Commission, 801 Brickell Avenue, Suite 1800, Miami, Florida 33131.

_____
Anne P. Hovis